IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

AARON HAMILTON,

      Appellant,

 v.                                                                                      Case No.  5D17-3579
                                                                                        CORRECTED
STATE OF FLORIDA,

      Appellee.

_____

Opinion filed February 27, 2018

3.800 Appeal from the Circuit
Court for Marion County,
Anthony M. Tatti, Judge.

Aaron Hamilton, Cross City, pro se.

No Appearance for Appellee.


PER CURIAM.

      AFFIRMED.  *See Rusaw v. State*, 451 So. 2d 469, 470 (Fla. 1984); *State v.*

*Young*, 579 So. 2d 380 (Fla. 5th DCA 1991).


TORPY, WALLIS and EDWARDS, JJ., concur.